(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
## Western District of New York

Scott Dingwall

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Niagara County Sheriff Office, Niagara County Medical
Dept. Town of Lewiston Police Dept. Town of Niagara
Police Dept. Town Lewiston Police Officer King, Town
of Niagara Officer A. MAHMOOD Badge # 0129

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ___24 CV 1134-V___

*(to be filled in by the Clerk's Office)*

**JURY TRIAL**: Yes ✓ No___

UNITED STATES DISTRICT COURT
FILED
NOV 22 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Scott J. Dingwall

All other names by which you have been known:

ID Number — 6190A

Current Institution — Niagara County Correctional Facility

Address — P.O. Box 496

City — Lockport    State — NY    Zip Code — 14094

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — Niag County Sheriff Deparment

Job or Title *(if known)* — Niag County Medical Department

Shield Number

Employer

Address — P.O Box 496

City — Lockport    State — NY    Zip Code — 14094

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name — Town of Lewiston Police Department

Job or Title *(if known)* — Officer King

Shield Number — 1375 Ridge Road

Employer

Address

City — Lewiston    State — NY    Zip Code — 14092

☑ Individual capacity    ☑ Official capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _Town of Niagara Police department_

Job or Title *(if known)* _Officer A. MAHMOOD_

Shield Number _____

Employer _____

Address _____

| _Niagara Falls_ | _N Y_ | _14304_ |
|---|---|---|
| City | State | Zip Code |

[X] Individual capacity    [X] Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| | | |
|---|---|---|
| City | State | Zip Code |

[ ] Individual capacity    [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[X] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_ineffective right to Counsel, failure due process, fraudendant claims_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

**III.   Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

**IV.   Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

① They arose at my house at 5946 Garlow Rd. Niagara Falls NY, they happened on or around May 1st 2024. ② around the 26th of June on S. Whitham Road and Military Road in Niagara Falls, I was intentionally hit by a police car driven by A. MAHMOOD.

**B.**   If the events giving rise to your claim arose in an institution, describe where and when they arose.

① Once I was taken in custody, I informed the IPO officer, as well as the Medical department to contact my family and on/ office of the aging to protect my brother whom had a TBI and they said they would take care of it, and there not doing so, caused my brothers pre-mature death.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**C.**      What date and approximate time did the events giving rise to your claim(s) occur?

① approximately May 1st 2024 Death of my Brother ② Approximately June 26th 2024 hit by Police cruiser.

**D.**      What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

① It hit intentionally on my E-Bike and I suffered a broken rib and head injury, loss of memory, severe headaches Town of Niag. Officer A. Mahmood hit me with her police car and I went in between a residence car and house were I crashed and laid there for several hours until I regain consciousness. Caught on Car Camera. ② my brother was left to care for himself when he had a serious brain injury, I told officer King of the Town of Lewiston P.D that my brother needed 24 hr. care and he said he was aware and he would have my brother looked after.

**V.**   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

① I have a broken rib and I hit my head which caused memory loose and I still have difficulties breathing and my rib is sticking out. I had X-ray done and had to wear a ace bandage for a few weeks.

**VI.**   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the court for ① case my being hit by Police Car, I would like $25,000.00 for pain and suffering and I have a poss of Stolen Property criminal case with no merit dismissed ② the death of my brother, I would like $750,000.00 for my brother was the only sibling whom I was close to. I took care of him. I miss him to this day. The Police know they were wrong, they apoligized numerous times when I called them to report his being deceased. Also, several Correctional Officers whom knew about the situation apoligized once I was remanded in custody. This is a contributing factor to why I was arrested numerous times and told to figure it out in court, because I told the Police they are responsible and I was going to file a claim.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

**A.**   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

**B.**   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

**C.**   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

_____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

**E.**     If you did file a grievance:

1.     Where did you file the grievance?

_____

2.     What did you claim in your grievance?

_____

3.     What was the result, if any?

_____

4.     What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

_____

**F.** If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   I've written every court Judge, attorney generals office etc. And pleaded for help, guidance, an investigation and I haven't got 1 single response regarding this matter accept from you.

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I informed the Town of Lewiston Courts in writing I informed the Town of Niagara Courts inwritting there responce is every attorney withdraw from representing me and I got a 150.000.000 bail on a non violent E-felony

**G.** Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. when I

   The Police, Courts, and Facility I'm being should of been illegally detained in all know of my situation and ROR'd. I'm without a lawyer for my criminal cases, my state and federal right's are being violated daily and know one is

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

   intervening to help I've written everyone up untill the governer

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

I only Pro Se filed one other lawsuit for a "prea" claim in witch I was sexually assaulted by a Correctional Officer in Groveland Correctional facility and it was investigated by officials from Albany, and the C.O. was removed from his Post and reprimanded and I in fact had 2 witnesses and never got a response to what the outcome was. I was offered $25.000.00 which I declined and its been approaching 3 years and I would like a responce to the status of that claim.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**A.** Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

**B.** If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _Scott Dingwall_

   Defendant(s) _C.O. Bryan Groveland Corr. Fac._

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _Livingston County Attorney Generals office_

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _2-2022_

6. Is the case still pending?

   ☒ Yes ?

   ☐ No

   If no, give the approximate date of disposition. _____?_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _I have no idea! I've written, and never got a response it was a very tramatic incident, and I've tried to bury it in my memory. I was offered $25,000.00 prior to my release, and I declined the offer and I was told the case had merit, and the officer had prior PREA complaints and I was told that Albany official from PREA would be in touch and I haven't heard one thing_

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  11-5-2024

*Alternative Address*
*6864 WARD Rd*
*NF NY 14304*

Signature of Plaintiff    *Scott J. Dingwall*

Printed Name of Plaintiff    Scott J. DiNGWALL

Prison Identification #    6190 A

Prison Address    P.O. Box 496

Lockport                 N Y        14094
*City*                    *State*    *Zip Code*

### B.    For Attorneys

Date of signing:  _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
*City*                    *State*    *Zip Code*

Telephone Number    _____

E-mail Address    _____

Print    Save As...    Add Attachment    Reset

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Town of Lewiston, Town of Niagara, Niagara County Sheriffs Dpt.

~~Plaintiff(s)~~,

v.

Scott Dingwall

Defendant(s).

**COMPLAINT**
(Pro Se Prisoner)

**Case No.** _____
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☒ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

## I.    LEGAL BASIS FOR COMPLAINT

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF _NIAGARA_ _____X

In the Matter of the Claim of

_Scott DingwAll_ _____

- against-

☐ Village  ☐ Town  ☐ City  ☐ County of

_Town of Lewiston Police Department_
_Niagara County Sheriff,_ _____X

**NOTICE** ~~OF CLAIM~~

TO:  ☐ Village  ☑ Town  ☐ City  ☐ County of _Niagara_ _____

PLEASE TAKE NOTICE that the claimant herein hereby makes claim and demand against you as follows:

1. The name and post-office address of the claimant and of his/her attorney is:

| Claimant | Claimant's Attorney |
|---|---|
| _Scott Dingwall_ | |
| _6864 Ward Road_ | |
| _Niagara Falls, New York_ | |
| _14304_ | |

2. The nature of the claim:

_I was arrested on a warrant on about April 26 - May 2. and Town of Lewiston officer King was the arresting officer. I told him that my brother can't be left alone that I am his care taker cause he has a brain injury. The Town of Lewiston police and the Niagara County Sheriff office are well aware of my brother condition. They've been called to my residence on a number of occasions for my brother. I told officer King he can't be left unattended and he said he would take care of it. I also notified the IPO officer at the Niagara County jail and I also_

3. The time when, the place where and the manner in which the claim arose: The incident _left the medical occurred on **May 2**, 20_24_, at or about _2_  ☐ a.m.  ☑ p.m.,  department knew and they a_ _I returned home from Niagara County jail and found my_ _said they_ _brother John Sajdak deceased._ _would make_ _sure my bro_ _would be taken_

4. The items of damage or injuries claimed are: _care of._

That said claim and demand is hereby presented for adjustment and payment. You are hereby notified that unless it is adjusted and paid within the time provided by law from the date of presentation to you, the claimant intends to commence an action on this claim.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _Niagara_ _____X

In the Matter of the Claim of

_Scott Dingwall_ _____

- against-

☐ Village ☐ Town ☐ City ☐ County of

_Town of Niagara Police Department_ _____X

**NOTICE ~~OF CLAIM~~**

TO: ☐ Village ☑ Town ☐ City ☐ County of _Niagara_ _____

PLEASE TAKE NOTICE that the claimant herein hereby makes claim and demand against you as follows:

1.  The name and post-office address of the claimant and of his/her attorney is:

| Claimant | Claimant's Attorney |
|---|---|
| _Scott Dingwall_ | |
| _6864 Ward Road_ | |
| _Niagara Falls, New York_ | |
| _14304_ | |

2.  The nature of the claim:

_I was visiting my girlfriend at 911 Elm Place and the Town of Niagara Police pulled up and harrassed me and my girlfriend, they ran my name for a warrant and told me I was free to go. I left on my E-Bike and after I was approximately 1 mile away the Officer pursued me on my Bike with no emergency lights on and eventually rammed me with his Patrol Car intentionally which caused me to lose control of my Bike and crashed into someones yard were I laid unconscious for 2 hours._

3.  The time when, the place where and the manner in which the claim arose:  The incident occurred on _June_ , 20_24_, at or about _10_ ☐ a.m. ☑ p.m.,

_On Military Road I was riding on sidewalk and being followed by Town of Niagara Police and was intentionally struck on intersection of Military Rd and South Whitham_

4.  The items of damage or injuries claimed are:

_____

_____

That said claim and demand is hereby presented for adjustment and payment. You are hereby notified that unless it is adjusted and paid within the time provided by law from the date of presentation to you, the claimant intends to commence an action on this claim.

Dated: _September 19_, 20_24_
       _Lockport_____, New York


_____
Signature

Scott Dingwall
Print Name



STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF                )


I, _Scott Dingwall_____, am the Claimant in the above-entitled action. I
have read the foregoing complaint and know the contents thereof. The contents are true to my
own knowledge except as to matters therein stated to be alleged upon information and belief, and
as to those matters, I believe them to be true.


_____
Signature



Sworn to before me on this _19_
day of _September_____, 20_24_

_____
Notary Public


ERIK H RICHARDS
NOTARY PUBLIC
STATE OF NEW YORK
COMM # 01RI6313489
MY COMMISSION EXPIRES 10-20-24

JS 44 (Rev. 10/20) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**(a) PLAINTIFFS**
Scott Dingwall

**DEFENDANTS**
Niagara County Sheriff, Niagara County Correctional Facility Medical Dept., Town of Lewiston, Town of Niagara

**(b)** County of Residence of First Listed Plaintiff Niagara
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

24 CV 1134

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☒ 1   U.S. Government Plaintiff
- ☐ 2   U.S. Government Defendant
- ☐ 3   Federal Question *(U.S. Government Not a Party)*
- ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*          Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☒ 370 Other Fraud | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | **IMMIGRATION** | |
| | | ☒ 550 Civil Rights | ☐ 462 Naturalization Application | |
| | | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

*(LABOR column)*
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Personal injury, Wrongful Death
Brief description of cause:
Intentional vecinlar assault / Wrongful Death

**VII. REQUESTED IN COMPLAINT:**
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ Yes
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Scott Q mcginald
P.o Box 496
rtport, New york
14094

United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York
14202

USDC-WDNY
NOV 22 2024
BUFFALO

USA FOREVER

USA FOREVER